AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

United States of America
v.
ANTHONY ROBINSON

*Defendant(s)*

Case No. 4:26-mj-71149 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2026 in the county of Contra Costa County in the Northern District of fornia , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm and ammunition |

**FILED**

Aug 27 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

This criminal complaint is based on these facts:

See affidavit of HSI SA Kelsey Tatarek

☑ Continued on the attached sheet.

/s/ Kelsey Tatarek
*Complainant's signature*

HSI SA Kelsey Tatarek
*Printed name and title*

Approved as to form /s/
AUSA Andrew Paulson

Sworn to before me by telephone.

Date: 08/27/2026

*Judge's signature*

City and state: San Francisco, California

Hon. Thomas S. Hixson - U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Kelsey Tatarek, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint for Anthony ROBINSON ("ROBINSON") for unlawfully possessing a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), on or about August 26, 2026, in the Northern District of California.

## SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of securing a criminal complaint. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that a violation of the federal law identified above has occurred. Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

3. The information in this affidavit, including the opinions which I have formed and statements set forth herein, is based upon my training and experience in the field of firearms and child sexual abuse material (CSAM) investigations, personal participation during the course of this investigation, knowledge obtained from investigative reports, reliable sources of information relevant to this investigation, consultation with other experienced local and federal law enforcement officials, and upon my examination and review of various reports and other records. Unless otherwise noted, when I assert that a statement was made, I have either heard the statement directly or listened to a recording of the statement, or the statement was reported to me by another law enforcement officer, either directly or indirectly in a written report. The officer providing me with the information may have received the information by way of personal knowledge or from another source.

## AFFIANT BACKGROUND

4. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since September 2024. I am currently assigned to both the Homeland Security Task Force ("HSTF") and the Tri-County Drug Enforcement Team ("TRIDENT"). Previously, I was employed as a High Intensity Drug Trafficking Areas ("HIDTA") analyst by the Anoka County Sheriff's Office (MN) from May 2022 to September 2024. Additionally, I graduated from the Criminal Investigator Training Program ("CITP") in January 2025, as well as the HSI Special Agent Training ("HSISAT") Program in April 2025, at the Federal Law Enforcement Training Center in Glynco, Georgia.

5. As part of my training, I received instruction on the crimes involving the illegal possession of firearms and the possession, distribution, and production of child sexual abuse material ("CSAM"). Through my training and experience, as well as consultation with other law enforcement agents, I have become familiar with a variety of means through which individuals interact with CSAM, especially through the use of online sites and through the use of ESPs to view and distribute CSAM. Moreover, I have learned about the reporting process in which organizations and ESPs submit cyber tips related to suspected CSAM content present online to law enforcement.

6. I am authorized to make probable cause arrests without a warrant for violations of the laws of the United States. I am authorized to serve search and arrest warrants issued under the authority of the United States. Moreover, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of federal criminal law, including for violations of 18 U.S.C. § 922(g)(1).

## APPLICABLE STATUTES

7. The elements of Title 18, United States Code, Section 922(g)(1) are as follows: (1) the defendant knowingly possessed a firearm or ammunition; (2) that firearm or ammunition had been shipped or transported from one state to another or between a foreign nation and the

United States; (3) at the time the defendant possessed the firearm or ammunition, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year; and (4) at the time the defendant possessed the firearm or ammunition, the defendant knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

## FACTS SUPPORTING PROBABLE CAUSE

8. In 2022 and 2025, the National Center for Missing and Exploited Children (NCMEC)[1] received two reports regarding the possession, manufacture, and/or distribution of CSAM associated with the same individual. Through subsequent investigation, law enforcement later determined that the accounts in question belonged to ROBINSON.

### *The 2022 NCMEC Report*

9. On or about November 16, 2022, Google became aware of material that contained apparent CSAM that was uploaded by a Google user. Google submitted a CyberTipline Report to NCMEC. The report provided information about the owner of the Google account, which subsequent investigation showed belonged to ROBINSON.

10. On August 13, 2026, the Honorable Ajay S. Krishnan, United States Magistrate Judge of the Northern District of California, authorized a search warrant authorizing the search of the files provided by Google in relation to the 2022 NCMEC Report. Pursuant to that search warrant, on August 21, 2026, I reviewed the two files, which showed the following:

a. "Google-CT-RPT-ef94e576dce1c10ace161173615f4993-Daughter and Mom.MP4": This media file was an approximately three minutes and forty-one second video depicting what appears to be a female juvenile, who appeared to be nude. The female juvenile was repeatedly thrusting a

[1] NCMEC is a private, non-profit organization established in 1984 by the United States Congress. NCMEC acts as an information clearinghouse and resource for parents, children, law enforcement agencies, schools, and communities to assist in locating missing children and to raise public awareness about ways to prevent child abduction, child sexual abuse and depictions of minors engaged in sexually explicit conduct. The NCMEC CyberTipline offers a means of reporting incidents of child sexual exploitation, including the possession, manufacture, and/or distribution of depictions of minors engaged in sexually explicit conduct; online enticement; child prostitution; child sex tourism; extra familial child sexual molestation; unsolicited obscene material sent to a child; and misleading domain names, words, or digital images.

cylindrical penis-shaped object into what appears to be an adult female's vagina. At another point in the video, the female juvenile is lying on top of the adult female while orally copulating the adult female's vagina. Also in the video, the female juvenile was lying next to/on the adult female while manipulating the adult female's breasts; while this was occurring, an adult male is seen standing next to them while masturbating his erect penis. Finally, the adult male was lying on his back while the female adult orally copulated him and the female juvenile simultaneously manipulated the male adult's genitals and orally copulated his erect penis.

b. "Google-CT-RPT-66f394e98d8a4402cd9a944cf64afc17-2_devochki (1).MP4": This media file was an approximately thirty-three minute and eleven second video depicting what appears to be a prepubescent female juvenile lying on her back nude with her legs spread open exposing her vagina to the camera. Throughout the video, sexually explicit conduct occurs between the female juvenile and a female adult, including, but not limited to, the following examples. A female adult conducted various acts on the female juvenile, including, but not limited to, orally copulating the juvenile female's vagina; inserting a purple beaded object in the juvenile female's vagina and anus; inserting the purple beaded object in the female juvenile's vagina while a purple vibrating device simultaneously interacts with the female juvenile's genitals. The video also depicts the female adult lying on her back while the female juvenile conducts acts on the female adult, including, but not limited to, orally copulating the female adult's genitals and orally copulating the female adult's genitals while inserting a pink and white cylindrical object in the female adult's vagina.

***The 2025 NCMEC Report***

11. Robinhood Markets Inc. (Robinhood)[2] also submitted a CyberTipline Report to NCMEC in 2025. Robinhood reported that on or about October 14, 2025, two cryptocurrency transactions transfers to wallets associated with CSAM occurred, totaling $84.22. Subsequent investigation revealed that the cryptocurrency wallet from which the transfers were made belonged to ROBINSON. More specifically, documents received from Robinhood showed that ROBINSON transferred approximately 269.38 Dogecoin (DOGE), worth approximately $55.02 U.S. dollars, to a cryptocurrency wallet associated with a darknet website called "My Boys," which, as discussed below, is dedicated to the sale of CSAM involving minor males. Prior to this successful transfer, ROBINSON attempted to make another transfer to another wallet associated with a different website associated with CSAM, but Robinhood blocked it.

12. In February 2026, an undercover law enforcement agent (UCA) assisting with this investigation accessed the "My Boys" website. The UCA observed the landing page of the "My Boys" website included a picture of two pubescent male juveniles, approximately 12-14 years old, fully nude, sitting upright on a bed, side-by-side. The pubescent male juveniles' erect penises were visible to the camera. The picture depicted the male juveniles masturbating each other and kissing on the lips, which the UCA recognized as material depicting minor children engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

13. The "My Boys" landing page included a section titled "Why Should I Join." This section listed website highlights such as "Many categories," including "Solo Boys, Boys + Dads, Boys + Boys, Hardcore." The "Why Should I Join" section also touted "Stability," "No Logs," "No irritants," and a "Chat" feature. The bottom of the landing page included a link with the caption "Click Here if You Like Girls."

14. The UCA noted the "My Boys" landing page included a "Sample Video." This

[2] Robinhood is a financial services and fintech company that provides a platform for retail investing and financial products. Among its products, Robinhood allows users to buy, sell, and hold cryptocurrencies, including a cryptocurrency called Dogecoin (DOGE).

video was approximately 2:01 minutes long. The UCA viewed the sample video and noted it depicted minor children engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

15. To access the full website, users were prompted to "Register" and / or "Login." The UCA created a profile and logged into the website. The UCA was then prompted to pay via cryptocurrency to activate their subscription. The website offered several cryptocurrency payment addresses, including one for Dogecoin. The listed subscriptions offered several levels, including an "Advanced" level for $50, which offered access to content, chat features, and mail support.

16. The approximately 269.38 DOGE (approximately $55.02) transfer ROBINSON made to "My Boys" on or about October 14, 2025, appears to correspond to the "Advanced" level subscription.

***ROBINSON Possesses Several Firearms on August 26, 2026***

17. On August 24, 2026, the Honorable Thomas S. Hixson, United States Magistrate Judge of the Northern District of California, approved search warrants authorizing the search of ROBINSON and ROBINSON's residence, which is located in Antioch, California.

18. On August 26, 2026, at approximately 6:00 a.m., law enforcement executed those warrants. During the execution, law enforcement encountered ROBINSON and Minor 1, a 10-year-old boy, at his residence. Law enforcement learned that Minor 1 sometimes lives with ROBINSON at the residence.

19. While conducting the search of ROBINSON's residence, law enforcement encountered a semiautomatic 9mm handgun with an unserialized lower and a Glock 43 slide (serial number BDXR693) located in the family room in a concealed box. In the master bedroom, law enforcement found another Glock 43, 9mm handgun (serial number 14267LAV). In a safe in the master bedroom, law enforcement found a .38 Special revolver and an unserialized (*i.e.*, "ghost gun") short-barrel AR-15 style .223 caliber rifle equipped with a 60-round capacity drum magazine. All the firearms discussed in this paragraph were loaded with

ammunition. Also in the master bedroom, law enforcement found body armor and numerous firearms components, magazines, and ammunition, including a suppressor and a "jig," which, based on my training and experience, I understand is commonly used as a tool to manufacture unserialized firearms. Also on the bed in the master bedroom, law enforcement located a clear plastic baggy that contained approximately 3.5 grams of a white powder substance that appeared to be cocaine.

20. Agents read ROBINSON his *Miranda* rights, which he waived and agreed to be interviewed. When discussing the facts surrounding the 2022 Google NCMEC report with ROBINSON, ROBINSON recalled previously bulk downloading pornography and moving the contents of the download to his Google Drive. ROBINSON stated that after he moved the contents of the bulk download to his Google Drive, his account was suspended due to the upload of explicit material. ROBINSON confirmed that the Google account that was identified in the 2022 Google NCMEC report was his personal account. ROBINSON also admitted to previously encountering CSAM on the Internet. ROBINSON also provided agents with the code to the safe where the .38 Special revolver, the AR-15 style rifle, and a multitude of ammunition and other gun parts were found. Additionally, he stated that he handled the Glock 43 (serial number 14267LAV) that was found in the master bedroom, but he claimed it belonged to his fiancé.

21. I recently obtained a criminal history report for ROBINSON. It indicated that he has received several convictions for which the penalty is greater than one year, including a 2002 felony conviction for grand theft auto (Cal. Pen. Code § 487(d)), a 2005 felony conviction for grand theft (Cal. Pen. Code § 487(a)) for which he received a 16-month prison sentence, and a 2007 felony conviction for felon in possession of a firearm (Cal. Pen. Code § 12021(a)(1)).

22. A certified interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) reviewed photos of the Glock 43 pistol bearing serial number 14267LAV that was found in the master bedroom and the accompanying ammunition that was loaded into it and concluded based on his training and experience that the firearm and ammunition were manufactured outside the state of California, and thus the firearm and ammunition must have

traveled in interstate and/or foreign commerce before being recovered in the Northern District of California.

**CONCLUSION**

23. Based on the information set forth in the paragraphs above, there is probable cause to conclude that, on or about August 26, 2026, in the Northern District of California, ROBINSON committed the crime of being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

*/s/ Kelsey Tatarek*
KELSEY TATAREK
Special Agent
Homeland Security Investigations

Subscribed and sworn before me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d) on this 27th day of August, 2026.

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge