CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ROBINSON,<br><br>Defendant. | Case No. 4:26-mj-71149-MAG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM SEPTEMBER 28, 2026, TO OCTOBER 9, 2026, AND EXCLUDE TIME |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Anthony Robinson, that the status conference currently scheduled on September 28, 2026, be continued to October 9, 2026, at 10:30 a.m., and that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 between those two dates.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 so that defense counsel can continue to prepare, including by reviewing the discovery already produced and the discovery that the government anticipates producing to the defense in the near future. The parties stipulate and agree that additional time is needed to review that discovery. For this reason, the parties stipulate and agree that excluding time until October 9, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The parties further stipulate and agree that the ends of justice served by excluding the time from September 28, 2026, through October 9, 2026, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

Dated: September 24, 2026

*/s/ Andrew Paulson*
ANDREW PAULSON
Assistant United States Attorney

*/s/ Kaitlyn R. Fryzek*
KAITLYN R. FRYZEK
Counsel for Defendant Anthony Robinson

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for September 28, 2026, to October 9, 2026, and excluding that time from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from September 28, 2026, to October 9, 2026, from computation under Federal Rule of Criminal Procedure 5.1, and that the end of justice served for excluding the time between those dates from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant

in a speedy trial. Therefore, and with the consent of the parties, IT IS ORDERED that the time from September 28, 2026, to October 9, 2026, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: _September 24, 2026

THOMAS S. HIXSON
United States Magistrate Judge